EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Carmen I. Álvarez Rivera<br>Anaida I. Lamboy Sánchez<br>Astrid Chavez Colón<br>Borges Vélez Collado<br>José Elías Zayas<br>Francisco Ortiz Rivera<br>Ramón R. Lugo Beauchamp<br>Diana Franceschi Román<br>John F. Malley | 2011 TSPR 59<br><br>181 DPR ____ |

Número del Caso: TS-4333
TS-6894
TS-6493
TS-10,806
TS-3392
TS-6967
TS-1710
TS-4002
TS-1556

Fecha: 11 de abril de 2011

Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de marzo.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Carmen I. Álvarez Rivera | 4333 |
| Anaida I. Lamboy Sánchez | 6894 |
| Astrid Chavez Colón | 6493 |
| Borges Vélez Collado | 10,806 |
| José Elías Zayas | 3392 |
| Francisco Ortiz Rivera | 6967 |
| Ramón R. Lugo Beauchamp | 1710 |
| Diana Franceschi Román | 4002 |
| John F. Malley | 1556 |

RESOLUCIÓN

San Juan, Puerto Rico, a  11 de abril de 2011.

Durante el mes de marzo de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Carmen I. Álvarez Rivera | 4333 |
| Anaida I. Lamboy Sánchez | 6894 |
| Astrid Chavez Colón | 6493 |
| Borges Vélez Collado | 10,806 |
| José Elías Zayas | 3392 |
| Francisco Ortiz Rivera | 6967 |
| Ramón R. Lugo Beauchamp | 1710 |
| Diana Franceschi Román | 4002 |
| John F. Malley | 1556 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo